685 A.2d 1388

In re Matter of ONE HUNDRED OR MORE QUALIFIED ELECTORS OF THE MUNICIPALITY OF CLAIRTON, COUNTY OF ALLEGHENY, Commonwealth of Pennsylvania, to Have the Council Seat Occupied by Donald J. Desiderio Declared Forfeited and Vacant Under Subsection (a) of Section 2403 of Article XXIV of the Clairton Home Rule Charter and Section 7 of Article 2 of the Pennsylvania Constitution, Petitioners Below, Appellants.

Supreme Court of Pennsylvania.

Nov. 27, 1996.

PER CURIAM.

AND NOW, this 27th day of November, 1996, appellants' Petition to Stay Mandate or Remand of Record, Petition for Reargument, Petition to Amend Pleadings, Petition to Reinstate Complaint is DENIED.